# UNITED STATES DISTRICT COURT
## Eastern District of New York

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN
## ANOTHER DISTRICT

In Re: MTC Technologies Co., et al
Fred Kayne, et al

**vs.**

MTC Electronic Techn, et al

**MDL-95-1059**

**CV-95-2499**
**CV-93-876**

2: 06MC125    MD-JS6    SCAN ONLY

-------------------------------------------------------x

I, **ROBERT C. HEINEMANN,** Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on **12/23/2005,** as it appears in the records of this court, and that

* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on October 17, 2006**.

Robert C. Heinemann
Clerk

Marc V. Brown, Deputy Clerk

* Insert the appropriate language:... "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."... "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of the Appellate Procedure (†)have been disposed of, the latest order disposing of such a motion having been entered on [date]."... "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]."... "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motion: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

DOCKETED ON CM

NOV - 3 2006

BY _____ 053

Case 2:06-mc-00125-UA Document 1 Filed 10/24/06 Page 2 of 4 Page ID #:2

Case 1:93-cv-00876-J CLP Document 53-3 2 Filed 12/1 005 Page 1 of 3
Case 1:95-mc-01059-J CLP Document 53-4-2 Filed 1 6/2005 Page 1 of 3

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ DEC 23 2005 ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

IN Re

MTC ELECTRONIC TECHNOLOGIES
SHAREHOLDER LITIGATION

---

This Document Relates To:

FRED KAYNE, et al. v. MTC ELECTRONIC
TECHNOLOGIES CO., LTD., et al.

: Master File No.

: CV-93-0876 (JG)

: CV-95-2499 (JG)

: 95 MDL No. 1059

: (PROPOSED) PARTIAL FINAL
: JUDGMENT

---

On March 11, 2005, default was entered in favor of Plaintiffs Fred Kayne, et al. against

Defendant GrandeTel Technologies, Inc. (formerly known as MTC Electronic Technologies Co.

Ltd.). On March 23, 2005, Plaintiffs Fred Kayne, et al. filed a motion requesting that default be

entered against Defendants Miko Leung, Sit Wa Leung and Alan Leung. On April 11, 2005

Plaintiffs Fred Kayne, et al. submitted documentary evidence in support of their damages

submission as part of a request that a default judgment be entered on their RICO claim under 18

U.S.C. §1962(c) against Defendants GrandeTel Technologies, Inc., formerly known as MTC

Electronic Technologies Co. Ltd., Miko Leung, Sit Wa Leung and Alan Leung.

The Court, having considered the documentary evidence submitted by Plaintiffs, orders

that judgment be entered as follows:

Against Defendants GrandeTel Technologies, Inc. formerly known as MTC Electronic

Technologies Co. Ltd., Miko Leung, Sit Wa Leung and Alan Leung, jointly and severally,

in favor of the following Plaintiffs in the following amounts:

| | | |
|---|---|---|
| Fred Kayne: | $1,183,553.72 trebled to | $ 3,550,661.16 |
| Milton Okun and<br>    Rosemary Okun: | $ 368,872.50 trebled to | $ 1,106,617.50 |
| Glen Tobias: | $ 248,141.38 trebled to | $ 744,424.14 |
| Don Wohl: | $ 912,238.20 trebled to | $ 2,736,714.60 |
| Ken Berg: | $ 670,917.35 trebled to | $ 2,012,752.05 |
| Bronstein Family Trust: | $ 470,831.25 trebled to | $ 1,412,493.75 |
| Robert Bronstein: | $ 86,367.90 trebled to | $ 259,103.70 |
| Bruce Burnam: | $ 120,341.50 trebled to | $ 361,024.50 |
| Kathleen Cohen: | $ 65,134.65 trebled to | $ 195,403.95 |
| William Corbett: | $ 45,942.59 trebled to | $ 137,827.77 |
| Cutler Family Trust: | $ 199,934.50 trebled to | $ 599,803.50 |
| Martin Goldfarb, M.D.: | $ 108,407.37 trebled to | $ 325,222.11 |
| Richard Gunther: | $ 593,068.48 trebled to | $ 1,779,205.44 |
| Harpel Partners: | $5,148,148.95 trebled to | $15,444,446.85 |
| Harpel International: | $ 312,552.56 trebled to | $ 937,657.68 |
| Harpel/ Wheelock Partners: | $ 939,888.77 trebled to | $ 2,819,666.31 |
| Stephen Kayne: | $ 7,353.00 trebled to | $ 22,059.00 |
| Richard Milsner: | $1,111,200.51 trebled to | $ 3,333,601.53 |
| Joel Rumm, D.V.M.: | $ 310,657.73 trebled to | $ 931,973.19 |
| Victor Scaravilli: | $ 460,712.49 trebled to | $ 1,382,137.47 |
| Tri S Partners: | $ 425,454.16 trebled to | $ 1,276,362.48 |

Dreiländer Beteiligung Objekt
    DLF 93/14-Walter Fink-KG:

             $1,381,339.25 trebled to    $ 4,144,017.75

Zwölfte Dreiländer Beteiligung
    DLF 92/12-Walter Fink-KG:

             $ 318,124.52 trebled to    $ 954,373.56

                        Total:        $46,467,549.99

Additionally, pursuant to 18 U.S.C. §1964(c), Plaintiffs, who were all represented by the same attorneys, are awarded jointly and severally reasonable costs in the amount of $2,383,717.85 and reasonable attorneys fees in the amount of $12,035,855.25, for a total award of $60,887,122.09. The amount is offset by partial settlements with other parties totalling $23,325,000, for a net judgment of $37,562,122.09.

Pursuant to Fed. R. Civ. P. 79(a), the clerk is ordered to enter this judgment on the civil docket forthwith.

IT IS SO ORDERED.

Dated: Brooklyn, New York
       _12-19___, 2005

JOHN GLEESON
UNITED STATES DISTRICT JUDGE

Judgment entered

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ DEC 29 2005 ★

BROOKLYN OFFICE

CLERK OF COURT

December 28, 2005