Lawrence H. Nagler (38120)
lnagler@nagler.com
David F. Berry (112743)
dberry@nagler.com
NAGLER & ASSOCIATES
2300 South Sepulveda Boulevard
Los Angeles, CA 90064-1911
(310) 473-1200 (tel)
(310) 473-7144 (fax)

Issued Notice of Renewal to Plaintiff

Attorneys for Judgment Creditors Fred Kayne, et al.

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FRED KAYNE, et al., | Case No.: 2:06 MC 125 |
| Plaintiff, | ~~(PROPOSED)~~ RENEWAL OF JUDGMENT |
| v. | |
| MIKO LEUNG, SIT WA LEUNG, ALAN LEUNG, | |
| Defendants. | |

(PROPOSED) RENEWAL OF JUDGMENT

1   The matter before the Court is the Judgment Creditors' Application For
2   Renewal of Judgment against Judgment Debtors Miko Leung, Sit Wa Leung and
3   Alan Leung.
4   Having considered the documents filed with the Court,
5   **It Is Ordered That:**
6    (1) The Application For Renewal of Judgment is granted.
7
8    (2) The clerk of the court shall renew the judgment in this case in favor of
9   Judgment Creditors: Fred Kayne; Stephen Kayne; Milton T. Okun; Rosemary
10  Okun; Don Wohl; Glen Tobias; Ken Berg; Robert A. Bronstein; Bronstein
11  Family Trust; Bruce Burnam; Marcia Burnam; Kathleen A. Cohen; Robert
12  Cohen; William Corbett; Cutler Family Trust of 1989; Martin Goldfarb,
13  M.D.; Richard Gunther; Harpel Partners, L.P.; Harpel Wheelock Partners,
14  L.P.; Harpel International, Ltd.; Richard L. Milsner; Joel Rumm, D.M.V.;
15  Victor Scaravilli; Tri S Partners; Dreiländer Beteiligung Objekt DLF 93/14-
16  Walter Fink-KG, a Limited Partnership Formed Under the Laws of Germany;
17  and Zwölfte Dreiländer Beteiligung DLF 92/12-Walter Fink-KG, a Limited
18  Partnership Formed Under the Laws of Germany, against Judgment Debtors:
19  Miko Leung, Sit Wa Leung and Alan Leung to show the amount of
20  $17,417,816.78 due and effective on:
21   [X] the date of my signature.
22   [ ] the date the old judgment expired, which is _____.
23
24   (3) The renewed judgment shall bear post-renewal interest at:
25   [X] the rate of 0.24% (zero and twenty four one hundredths percent),
26  compounded annually.
27   [ ] the statutory rate for judgments entered during this year, _____
28  percent.

1
(PROPOSED) RENEWAL OF JUDGMENT

1      (4)    This order is a final judgment.

2

3    IT IS SO ORDERED.

4    Dated:    June 4, 2015           By:   B. Moss

5                                            Clerk, UNITED STATES DISTRICT COURT